No. 07-16-00077-CV

| | | |
|---|---|---|
| Tom Miller | § | From the 69th District Court |
|   Appellant | |   of Moore County |
| | § | |
| v. | | May 20, 2016 |
| | § | |
| F-40 Motorsports | | Opinion Per Curiam |
|   Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated May 20, 2016, it is ordered, adjudged and decreed that this appeal is dismissed.

It is further ordered that all costs in this behalf be assessed against the parties incurring them.

It is further ordered, adjudged and decreed that inasmuch as the appeal is dismissed at the appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

It is further ordered that this decision be certified below for observance.

o O o